UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BOHONEK,<br><br>                              Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                              Defendant. | Case No.:  3:22-cv-00606-MMA-AHG<br><br>**ORDER:**<br><br>**(1) VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE; and**<br><br>**(2) SETTING CONFIDENTIAL ATTORNEY-ONLY SETTLEMENT CALLS** |

Due to an unexpected conflict on the Court's calendar, the Court **VACATES** the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") scheduled in this case for June 16, 2022 before Magistrate Judge Allison H. Goddard.

Upon review of the parties' ENE statements, the Court determined that brief, informal settlement discussions with counsel for both sides may be productive. To that end, and after having conferred with counsel to ensure their availability, the Court **SETS** confidential attorney-only settlement calls on **June 14, 2022**. Counsel for each side must be available **between 4:00 and 5:00 p.m. PST** to receive a call directly from Judge Goddard to discuss the settlement prospects of the case.

If the Court determines that further settlement discussions with the parties are necessary to bring this case to a resolution after speaking to counsel, the Court will reset the ENE and CMC to the earliest available date on its calendar at that time.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge