# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BOHONEK,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 22-cv-606-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

Plaintiff Julie Bohonek and Defendant Midland Credit Management, Inc. jointly move to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  *See* Doc. No. 12.  Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the action in its entirety with prejudice.  Each party must bear its own costs and attorneys' fees.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated:  October 13, 2022

　　　　　　　　　　　　　　　　　　*Michael M. Anello*
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge